# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PAUL SIMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | CASE NO. C05-02980 TEH<br><br>STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]<br><br>ADR CERTIFICATION |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

___Arbitration    X ENE    ___Mediation

*(Use spaces below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

The parties will separately file ADR Certifications promptly.

Dated: October 28, 2005

_____
Attorney for Plaintiff

Dated: Oct. 31, 2005

_____
Attorney for Defendant

IT IS SO ORDERED.

_____10/31_____, 2005

*Judge Thelton E. Henderson*

STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION                Page 1