1  REBECCA D. EISEN, SBN 96129
   THERESA MAK, SBN 211435
2  M. MICHAEL COLE, SBN 235538
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5
   CHRISTOPHER A. PARLO, *Pro Hac Vice*
6  MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
7  New York, NY 10178
   Telephone:    212.309.6000
8  Facsimile:    212.309.6273

9  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE
10 COMPANY

11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15 | JON PAUL SIMS, individually, and on | Case No. 05 CV 2980 (TEH)
   | behalf of all those similarly situated, |
16 | | **STIPULATION TO CONTINUE CASE**
   | Plaintiff, | **MANAGEMENT CONFERENCE;**
17 | | ~~[PROPOSED]~~ **ORDER**
18 | vs. |
   | | District Court Judge Thelton E. Henderson
19 | METROPOLITAN LIFE INSURANCE |
   | COMPANY AND DOES 1 THROUGH |
   | 100, inclusive, |
20 | |
21 | Defendant. |

22

23

24

25

26

27

28

1-SF/7377429.1                         1                    Case No. 05 CV 2980 (TEH)

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1    WHEREAS, Defendant Metropolitan Life Insurance Company ("Metlife") and Plaintiff

2    Jon Paul Sims ("Sims") last appeared, telephonically, for a Case Management Conference before

3    the Honorable Thelton E. Henderson on April 10, 2006;

4    WHEREAS, the Court scheduled a further Case Management Conference for June 19,

5    2006 at 1:30 p.m;

6    WHEREAS, counsel for Metlife is unavailable to appear telephonically on June 19, 2006

7    due to prior travel commitments;

8    WHEREAS, counsel for Plaintiff has agreed to continue the Case Management

9    Conference currently set for June 19, 2006;

10    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the

11    parties that the further Case Management Conference scheduled for June 19, 2006 at 1:30 p.m

12    shall be continued to June 26, 2006 at 1:30 p.m.  The parties have agreed to appear telephonically.

13

14    Dated:  June 1, 2006                    MORGAN, LEWIS & BOCKIUS LLP

15

16                                       By: _____

17                                            Rebecca D. Eisen
                                            Attorneys for Defendant
                                            METROPOLITAN LIFE INSURANCE

18                                            COMPANY

19    Dated:  June 5 , 2006                   THE EDGAR LAW FIRM

20

21                                       By: _____

22                                            Donald S. Edgar
                                            Jeremy R. Fietz
                                            Attorneys for Plaintiff

23                                            JON PAUL SIMS

24    PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26    Dated: June _____, 2006

                                            _____
27                                            UNITED STATES DISTRICT JUDGE

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1      WHEREAS, Defendant Metropolitan Life Insurance Company ("Metlife") and Plaintiff

2  Jon Paul Sims ("Sims") last appeared, telephonically, for a Case Management Conference before

3  the Honorable Thelton E. Henderson on April 10, 2006;

4      WHEREAS, the Court scheduled a further Case Management Conference for June 19,

5  2006 at 1:30 p.m;

6      WHEREAS, counsel for Metlife is unavailable to appear telephonically on June 19, 2006

7  due to prior travel commitments;

8      WHEREAS, counsel for Plaintiff has agreed to continue the Case Management

9  Conference currently set for June 19, 2006;

10      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the

11  parties that the further Case Management Conference scheduled for June 19, 2006 at 1:30 p.m

12  shall be continued to June 26, 2006 at 1:30 p.m.  The parties have agreed to appear telephonically.

13

14  Dated:  June 1, 2006          MORGAN, LEWIS & BOCKIUS LLP

15

16                   By: _____

                      Rebecca D. Eisen

17                      Attorneys for Defendant

                      METROPOLITAN LIFE INSURANCE

18                      COMPANY

19  Dated:  June ____, 2006        THE EDGAR LAW FIRM

20

21                   By: _____

                      Donald S. Edgar

22                      Jeremy R. Fietz

                      Attorneys for Plaintiff

23                      JON PAUL SIMS

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26  Dated:  June 6, 2006

                   _____

27                      UNITED STATES DISTRICT JUDGE

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE