1  REBECCA D. EISEN, SBN 96129
   THERESA MAK, SBN 211435
2  M. MICHAEL COLE, SBN 235538
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001

5
   CHRISTOPHER A. PARLO, *Pro Hac Vice*
6  MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
7  New York, NY 10178
   Telephone: 212.309.6000
8  Facsimile: 212.309.6273

9  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE
10 COMPANY

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15 JON PAUL SIMS, individually, and on       Case No. 05 CV 2980 (TEH)
   behalf of all those similarly situated,
16                                            **STIPULATION TO FILE FIRST
                                              AMENDED COMPLAINT;** [PROPOSED]
17          Plaintiff,                        **ORDER**

18     vs.

19 METROPOLITAN LIFE INSURANCE               District Court Judge Thelton E. Henderson
   COMPANY AND DOES 1 THROUGH
20 100, inclusive,

21          Defendant.

22

23

24

25

26

27

28

1    WHEREAS, on or about June 14, 2005, Plaintiff Jon Paul Sims ("Plaintiff" or "Sims")

2    filed this action in the Superior Court of California for the County of Sonoma, said case number

3    being 236894;

4    WHEREAS, on or about July 21, 2005, Defendant Metropolitan Life Insurance Company

5    ("MetLife" or "Defendant"), removed said action to the United States District Court for the

6    Northern District of California;

7    WHEREAS, on or about June 15, 2006, Plaintiff filed a Notice of Motion and Motion for

8    Leave to file a First Amended Complaint;

9    WHEREAS, said First Amended Complaint, among other things, seeks to add Michael B.

10   Bagley and Jeffrey A. Pfeiffer as named Plaintiffs, and to abandon their claims and those of

11   Plaintiff Sims under California Labor Code § 2802 and California Business and Professions Code

12   § 17200 for individualized out-of-pocket charges;

13   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the

14   parties that:

15   1) Plaintiff shall file his First Amended Complaint. The proposed First Amended

16   Complaint attached hereto shall be and hereby is deemed filed and served on all parties as of the

17   date of this Stipulation and Order;

18   2) Plaintiffs' claims, including those of newly added party-plaintiffs Michael B. Bagley

19   and Jeffrey A. Pfeiffer, under California Labor Code § 2802 and California Business and

20   Professions Code § 17200 for individualized out-of-pocket charges (i.e. charges and/or expenses

21   outside of the Expense Allowance Plan ("EAP") of the Defendant) are hereby abandoned with

22   prejudice as to this litigation; and

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1      3) MetLife shall not be required to further answer the First Amended Complaint, and all

2 denials, responses and affirmative defenses contained in the answer filed by MetLife to the

3 original Complaint will be, and are deemed responsive to the First Amended Complaint.  MetLife

4 further expressly shall retain any and all rights and defenses, including to assert counterclaims

5 against Plaintiffs or to contest the validity of Plaintiffs' claims and/or their adequacy as

6 representatives of any putative class.

7

8 Dated: ~~June~~ July 3, 2006                   MORGAN, LEWIS & BOCKIUS LLP

9

10                             By: _____

                            Rebecca D. Eisen

11                             Attorneys for Defendant

                            METROPOLITAN LIFE INSURANCE

12                             COMPANY

13 Dated: June 27, 2006                    THE EDGAR LAW FIRM

14

15                             By: _____

                            Donald S. Edgar

16                             Jeremy R. Fietz

                            Attorneys for Plaintiff

17                             JON PAUL SIMS

18 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19       07/06/06

20 Dated: ~~June _____, 2006~~

                                UNITED STATES DISTRICT JUDGE

21

22

23                         UNITED STATES DISTRICT COURT

                            NORTHERN DISTRICT OF CALIFORNIA

24                             Judge Thelton E. Henderson

25

26

27

28