IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL SIMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | NO. C 05-2980 TEH<br><br>SCHEDULING ORDER RE: BRIEFING AND HEARING DATES FOR SUMMARY JUDGMENT MOTIONS |

The Court is in receipt of Defendant's letter, dated June 30, 2006, reporting on the parties' meet and confer discussions. It has also come to the Court's attention that there was a discrepancy regarding the date established for the filing of the cross summary judgment motions. During the June 30, 2006 telephonic status conference, both parties agreed to file their respective summary judgment motions by July 24, 2006. However, the minute order noted that the cross summary judgment opening briefs were due by July 14, 2006. In keeping with the parties' understanding and agreement, the Court orders that the cross summary judgment opening briefs be filed on or before **July 24, 2006.**

Furthermore, in light of Defendant's compelling request that the Court hear the cross motions for summary judgment and the class certification motion simultaneously, and because Plaintiff has no objection thereto, this Court agrees that proceeding in that manner would be the most efficient way to move forward with this case. The Court will therefore hear both cross motions for summary judgment and the motion for class certification on **September 25, 2006**.

1  The clarified schedule is therefore as follows:

| | |
|---|---|
| July 14, 2006 | Motion for Class Certification shall be re-filed |
| July 24, 2006 | Cross Motions for Summary Judgment shall be filed |
| September 1, 2006 | Opposition briefs due for Class Certification and Summary Judgment Motions |
| September 15, 2006 | Reply briefs due for Class Certification and Summary Judgment Motions |
| September 25, 2006 at 10:00 AM | Hearing set for Class Certification and Summary Judgment Motions |

**IT IS SO ORDERED.**

Dated:   07/06/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT