REBECCA D. EISEN, SBN 96129
THERESA MAK, SBN 211435
M. MICHAEL COLE, SBN 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

CHRISTOPHER A. PARLO, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: 212.309.6000
Facsimile: 212.309.6273

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JON PAUL SIMS, MICHAEL B. BAGLEY, and JEFFERY A. PFEIFFER, each individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND DOES 1 THROUGH 100, inclusive,<br><br>        Defendant. | Case No. 05 CV 2980 (TEH)<br><br>**STIPULATION TO FILE COUNTERCLAIMS;** [~~PROPOSED~~] **ORDER**<br><br>District Court Judge Thelton E. Henderson |

1  WHEREAS, on or about June 14, 2005, Plaintiff Jon Paul Sims ("Plaintiff" or "Sims") filed this action in the Superior Court of California for the County of Sonoma, said case number being 236894;

2  WHEREAS, on or about July 21, 2005, Defendant Metropolitan Life Insurance Company ("MetLife" or "Defendant"), removed said action to the United States District Court for the Northern District of California;

3  WHEREAS, on or about June 15, 2006, Plaintiff filed a Notice of Motion and Motion for Leave to file a First Amended Complaint which, among other things, sought to add Michael B. Bagley and Jeffrey A. Pfeiffer as named Plaintiffs;

4  WHEREAS, on July 6, 2006, the parties stipulated to the filing of said First Amended Complaint and Defendant expressly reserved the right to assert counterclaims against Plaintiffs;

5  WHEREAS, on July 11, 2006, pursuant to the parties' stipulation, said First Amended Complaint was filed;

6  WHEREAS, in light of Plaintiffs' First Amended Complaint, Defendant seeks to assert Counterclaims against Plaintiffs for Unjust Enrichment and Setoff/Recoupment;

7  WHEREAS, Defendant agrees not to assert the Plaintiffs' stipulation herein as a defense to any legal challenge brought by the Plaintiffs as to the legal sufficiency, validity, propriety, or merits of the Counterclaims, or otherwise use Plaintiffs' stipulation in the defense of MetLife in this matter.

///
///
///
///
///
///
///
///
///

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the
2   parties that:
3       (1) Defendant will file its Counterclaims. The proposed Counterclaims, attached hereto as
4   a separate document, shall be and hereby is deemed filed and served on all parties as of the date
5   of this Stipulation and Order; and
6       (2) Plaintiffs expressly shall retain any and all rights and defenses, including the right to
7   challenge the merits of the Counterclaims, their appropriateness or legal sufficiency by any means
8   whatsoever including but not limited to motions, demurrer, motion to strike, motion for judgment
9   on the pleadings, etc.
10
11  Dated: August 11, 2006         MORGAN, LEWIS & BOCKIUS LLP
12
                                   By: /s/ Rebecca Eisen (JM)
13                                 Rebecca D. Eisen
                                   Attorneys for Defendant
14                                 METROPOLITAN LIFE INSURANCE
                                   COMPANY
15
16  Dated: August 14, 2006         THE EDGAR LAW FIRM
17
                                   By: /s/ Jeremy Fietz
18                                 Donald S. Edgar
                                   Jeremy R. Fietz
19                                 Attorneys for Plaintiffs
20
21  PURSUANT TO STIPULATION, IT IS SO ORDERED.
22
23  Dated: August 15, 2006
                                   Hon. Thelton E. Henderson
24
25
26
27
28

1-SF/7391906.2                        3                        Case No. 05 CV 2980 (TEH)
                STIPULATION TO AMEND ANSWER AND FILE COUNTERCLAIMS