REBECCA EISEN, State Bar No. 096129
THERESA MAK, State Bar No. 211435
M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
reisen@morganlewis.com
tmak@morganlewis.com
mcole@morganlewis.com
Tel: 415.442.1000
Fax: 415.442.1001

CHRISTOPHER A. PARLO, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10718
cparlo@morganlewis.com
Tel: 212.309.6000
Fax: 212.309.6273

Attorneys for Defendant and Counterclaimant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JON PAUL SIMS, MICHAEL B. BAGLEY, and JEFFREY A. PFEIFFER, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND DOES 1 THROUGH 100, inclusive,<br><br>Defendant. | Case No. 05 CV 2980 (TEH)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RE-SET HEARING DATE ON PLAINTIFFS' MOTION TO STRIKE COUNTERCLAIMS**<br><br>Date: October 30, 2006<br>Time: 10:00 a.m.<br>Courtroom: 12, 19th Floor<br>Judge: Hon. Thelton E. Henderson |

1   The parties, by and through their attorneys of record, hereby stipulate to continue the
2   hearing date on Plaintiffs' Motion to Strike Counterclaims, currently noticed for October 30,
3   2006, to November 6, 2006.  In compliance with Local Rule 7-3, Defendant's opposition to the
4   Motion to Strike is due October 16, 2006 and Plaintiff's reply in support of the Motion to Strike
5   is due October 23, 2006.

7   Dated: September 21, 2006                        MORGAN, LEWIS & BOCKIUS LLP

                                                    By: _____
                                                        Rebecca D. Eisen
                                                        Attorneys for Defendant
                                                        METROPOLITAN LIFE INSURANCE
                                                        COMPANY

12  Dated: September ____, 2006                     THE EDGAR LAW FIRM

                                                    By: _____
                                                        Donald S. Edgar
                                                        Jeremy R. Fietz
                                                        Attorneys for Plaintiffs
                                                        JON PAUL SIMS


18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20  Dated: September  28 , 2006

                                                    _____
                                                    Thelton E. Henderson
                                                    District Judge

*IT IS SO ORDERED* — Judge Thelton E. Henderson (United States District Court, Northern District of California seal)

1   The parties, by and through their attorneys of record, hereby stipulate to continue the
2   hearing date on Plaintiffs' Motion to Strike Counterclaims, currently noticed for October 30,
3   2006, to November 6, 2006. In compliance with Local Rule 7-3, Defendant's opposition to the
4   Motion to Strike is due October 16, 2006 and Plaintiff's reply in support of the Motion to Strike
5   is due October 23, 2006.

Dated: September ___, 2006          MORGAN, LEWIS & BOCKIUS LLP

                                    By: _____
                                        Rebecca D. Eisen
                                        Attorneys for Defendant
                                        METROPOLITAN LIFE INSURANCE
                                        COMPANY

Dated: September 26, 2006           THE EDGAR LAW FIRM

                                    By: _____
                                        Donald S. Edgar
                                        Jeremy R. Fietz
                                        Attorneys for Plaintiffs
                                        JON PAUL SIMS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September ___, 2006

                                    _____
                                    Honorable Thelton E. Henderson
                                    United States District Judge