**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PAUL SIMS, et al.,

    Plaintiffs,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

_____/

No. C 05-02980 TEH

**ORDER CONSOLIDATING HEARING DATES**

In order to accommodate this Court's calendar, and good cause appearing, it is HEREBY ORDERED that (1) Plaintiffs' and Defendant's Motions for Summary Judgment or Adjudication, and (2) Plaintiffs' Motion for Class Certification, currently calendared for October 16, 2006, shall be continued until Monday, November 6, 2006, at 10:00 a.m., which is the hearing date set for Plaintiffs' Motion to Dismiss/Strike Counterclaims.

**IT IS SO ORDERED.**

Dated: Oct. 5, 2006

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE