Donald S. Edgar, Esq. (State Bar No. 139324)
Jeremy R. Fietz, Esq. (State Bar No. 200396)
Rex Grady, Esq. (State Bar No. 232236)
**EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 545-3200
Facsimile:  (707) 578-3040

JON PAUL SIMS, MICHAEL B. BAGLEY,
and JEFFERY A. PFEIFFER, each individually,
and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JON PAUL SIMS, MICHAEL B. BAGLEY, and JEFFERY A. PFEIFFER, each individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY AND DOES 1 THROUGH 100, inclusive, <br><br> Defendant. | Case No. 05 CV 2980 (TEH) <br><br> **STIPULATION TO CONTINUE HEARINGS;** [PROPOSED] **ORDER** <br><br> District Court Judge Thelton E. Henderson |

1  WHEREAS, there are four motions currently pending before the honorable Judge Thelton E. Henderson, to wit: Plaintiffs' Motion for Summary Adjudication, Defendant's Motion for Summary Judgment, Plaintiffs' Motion For Class Certification, and Plaintiffs' Motion To Strike Defendant's Counterclaims;

WHEREAS, all four of the above described Motions are set for hearing on November 6, 2006 in the above-entitled Court;

WHEREAS, the parties have recently become engaged in potentially fruitful settlement discussions which appear to warrant a brief two (2) week continuance of the hearings to accommodate further such discussions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties that the hearings on Plaintiffs' Motion for Summary Adjudication, Defendant's Motion for Summary Judgment, Plaintiffs' Motion For Class Certification, and Plaintiffs' Motion To Strike Counterclaims shall be continued to November ~~20~~ 27, 2006, or such earliest available date agreeable to the Court thereafter.

The parties shall notify the Court prior to Nov. 27, 2006, in the event of a settlement.

Dated: October 31, 2006         EDGAR LAW FIRM

                                By: /s/ Jeremy R. Fietz
                                Jeremy R. Fietz
                                Attorneys for Plaintiffs

Dated: October 31, 2006         MORGAN, LEWIS & BOCKIUS LLP

                                By: /s/
                                Christopher Parlo
                                Rebecca D. Eisen
                                Attorneys for Defendant
                                METROPOLITAN LIFE INSURANCE
                                COMPANY

PURSUANT TO STIPULATION, GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____  _____
                                Thelton E. Henderson

IT IS SO ORDERED
Judge Thelton E. Henderson
10/31/06

Case No. 05 CV 2980 (TEH)
HEARINGS PROPOSED ORDER