Donald S. Edgar, Esq. (State Bar No. 139324)
Jeremy R. Fietz, Esq. (State Bar No. 200396)
Rex Grady, Esq. (State Bar No. 232236)
**EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 545-3200
Facsimile: (707) 578-3040

JON PAUL SIMS, MICHAEL B. BAGLEY,
and JEFFERY A. PFEIFFER, each individually,
and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JON PAUL SIMS, MICHAEL B. BAGLEY, and JEFFERY A. PFEIFFER, each individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND DOES 1 THROUGH 100, inclusive,<br><br>Defendant. | Case No. 05 CV 2980 (TEH)<br><br>**STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER**<br><br>Honorable Elizabeth D. LaPorte |

WHEREAS, there is one discovery motion currently pending before the honorable Judge Elizabeth D. LaPorte, to wit: Plaintiffs' Motion for Protective Order;

WHEREAS the hearing of that motion is currently set for November 14, 2006.

WHEREAS, the parties have recently become engaged in potentially fruitful settlement discussions that appear to warrant a brief continuance of the hearing to accommodate further such discussions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties that the hearings on Plaintiffs' Motion for Protective Order shall be continued to the earliest available date in December agreeable to the Court.

Dated: November 1, 2006          EDGAR LAW FIRM

                                 By: _____
                                 Jeremy R. Fietz
                                 Attorneys for Plaintiffs

Dated: November 1, 2006          MORGAN, LEWIS & BOCKIUS LLP

                                 By: _____
                                 Christopher Parlo
                                 Rebecca D. Eisen
                                 Attorneys for Defendant
                                 METROPOLITAN LIFE INSURANCE COMPANY

**PURSUANT TO STIPULATION, GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Hearing of Plaintiffs' Motion for Protective Order is hereby continued to December 12, 2006 at 9:00 a.m., in Courtroom E, of the above entitled Court.

Dated: November 8, 2006          _____
                                 Honorable Judge Elizabeth D. Laporte

IT IS SO ORDERED

2                                                 Case No. 05 CV 2980 (TEH)
STIPULATION TO CONTINUE HEARING; PROPOSED ORDER