REBECCA D. EISEN, SBN 96129
THERESA MAK, SBN 211435
M. MICHAEL COLE, SBN 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

CHRISTOPHER A. PARLO, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: 212.309.6000
Facsimile: 212.309.6273

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JON PAUL SIMS, MICHAEL B. BAGLEY, and JEFFERY A. PFEIFFER, each individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY AND DOES 1 THROUGH 100, inclusive, <br><br> Defendant. | Case No. 05 CV 2980 (TEH) <br><br> **STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** <br><br> The Honorable Thelton E. Henderson |

WHEREAS, there are four motions currently pending before the Honorable Thelton E. Henderson, to wit: Plaintiffs' Motion for Summary Adjudication, Defendant's Motion for Summary Judgment, Plaintiffs' Motion for Class Certification, and Plaintiffs' Motion to Strike Defendant's Counterclaims;

WHEREAS, all four of the above described Motions are set for hearing on November 27, 2006 in the above-entitled Court;

1     WHEREAS, the parties agreed to mediate this matter before a recognized mediator in
2 early December;

3     WHEREAS, the parties believe that a continuance of the hearing on the above described
4 Motions would preserve the status quo and allow the parties to focus all their efforts on a
5 successful mediation;

6     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the
7 parties that the hearing on Plaintiffs' Motion for Summary Adjudication, Defendant's Motion for
8 Summary Judgment, Plaintiffs' Motion for Class Certification, and Plaintiffs' Motion to Strike
9 Counterclaims shall be continued to December 18, 2006 or to a date most convenient for the
10 Court thereafter.

11 Dated: November 15, 2006      MORGAN, LEWIS & BOCKIUS LLP

13      By: _____
     Rebecca D. Eisen
14      Attorneys for Defendant
     METROPOLITAN LIFE INSURANCE
15      COMPANY

16 Dated: November 15, 2006      THE EDGAR LAW FIRM

18      By: _____
     Donald S. Edgar
19      Jeremy R. Fietz
     Attorneys for Plaintiffs

21 IT IS ORDERED THAT THE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY
22 ADJUDICATION, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFFS'
23 MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' MOTION TO STRIKE
24 DEFENDANT'S COUNTERCLAIMS BE CONTINUED TO Monday, 01/08/07 at 10:00 am

26 Dated: November 16, 2006      _____
27      Thelton E. Henderson
     Judge Thelton E. Henderson

1-SF/7435266.1      Case No. 05 CV 2980 (TEH)
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING