REBECCA D. EISEN, SBN 96129
THERESA MAK, SBN 211435
M. MICHAEL COLE, SBN 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

CHRISTOPHER A. PARLO, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: 212.309.6000
Facsimile: 212.309.6273

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JON PAUL SIMS, MICHAEL B. BAGLEY, and JEFFERY A. PFEIFFER, each individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND DOES 1 THROUGH 100, inclusive,<br><br>Defendant. | Case No. 05 CV 2980 (TEH)<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR PROTECTIVE ORDER;** [PROPOSED] **ORDER**<br><br>Magistrate Judge LaPorte |

WHEREAS, Plaintiffs' Motion for a Protective Order is currently pending before the Honorable Judge Elizabeth D. LaPorte;

WHEREAS, the above described Motion is currently set for hearing on December 12, 2006 in the above-entitled Court;

1  WHEREAS, the parties have agreed to mediate this matter before a recognized mediator in early December;

3  WHEREAS, the parties believe that a continuance of the hearing on the above described Motion would preserve the status quo and allow the parties to focus all their efforts on a successful mediation;

6  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties that the hearing on Plaintiffs' Motion for a Protective Order shall be continued to a date after January 8, 2006, most convenient for the Court.

Dated: November 20, 2006

MORGAN, LEWIS & BOCKIUS LLP

By: *Rebecca Eisen (JM)*
Rebecca D. Eisen
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

Dated: November 20, 2006

THE EDGAR LAW FIRM

By: *[signature]*
Donald S. Edgar
Jeremy R. Fietz
Attorneys for Plaintiffs

IT IS ORDERED THAT THE HEARING ON PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER BE CONTINUED TO January 9, 2007 at 9:30 a.m.

Dated: November 21, 2006

Hon. Elizabeth D. Laporte

IT IS SO ORDERED
Judge Elizabeth D. Laporte