1  REBECCA D. EISEN, SBN 96129
   THERESA MAK, SBN 211435
2  M. MICHAEL COLE, SBN 235538
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5
   CHRISTOPHER A. PARLO, *Pro Hac Vice*
6  MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
7  New York, NY 10178
   Telephone:  212.309.6000
8  Facsimile:  212.309.6273
9  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE
10 COMPANY
11

12                 **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14                   **SAN FRANCISCO DIVISION**

15 JON PAUL SIMS, MICHAEL B.              Case No. 05 CV 2980 (TEH)
   BAGLEY, and JEFFERY A. PFEIFFER,
16 each individually, and on behalf of all  **STIPULATION TO CONTINUE**
   others similarly situated,              **HEARING; [PROPOSED] ORDER**
17
18                 Plaintiff,              The Honorable Thelton E. Henderson
19          vs.
20 METROPOLITAN LIFE INSURANCE
   COMPANY AND DOES 1 THROUGH
21 100, inclusive,
22                 Defendant.

23        WHEREAS, there are four motions currently pending before the Honorable Thelton E.

24 Henderson, to wit: Plaintiffs' Motion for Summary Adjudication, Defendant's Motion for

25 Summary Judgment, Plaintiffs' Motion for Class Certification, and Plaintiffs' Motion to Strike

26 Defendant's Counterclaims (the "Motions"); and

27        WHEREAS, all four of the above described Motions are set for oral argument on January

28 8, 2007 in the above-entitled Court; and

1    WHEREAS, the parties mediated this matter for an entire day on December 8, 2006,

2    before Michael Dickstein; and

3    WHEREAS, the parties have continued settlement discussions through Mr. Dickstein

4    following the December 8, 2006, mediation; and

5    WHEREAS, on December 22, 2006, Magistrate Judge LaPorte issued an order on

6    Plaintiff's Motion for a Protective Order allowing for depositions of experts whose declarations

7    have been submitted in support of, and in opposition to, Defendant's Motion for Summary

8    Judgment; and

9    WHEREAS, in light of their continued settlement discussions, the parties believe that a

10   further continuance of the hearing on the above described Motions would best preserve the status

11   quo and allow them to continue to focus their efforts on settling this case; and

12   WHEREAS, Plaintiffs consent to a continuation of this hearing for at least fourteen (14)

13   days and the parties are discussing an agreement for a longer continuation to allow a settlement to

14   be completed;

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the

2  parties that the hearing on Plaintiffs' Motion for Summary Adjudication, Defendant's Motion for

3  Summary Judgment, Plaintiffs' Motion for Class Certification, and Plaintiffs' Motion to Strike

4  Counterclaims shall be continued for at least two (2) weeks to a date most convenient for the

5  Court.

6

7  Dated:  December **29**, 2006              MORGAN, LEWIS & BOCKIUS LLP

8                                          By: _____

9                                          Christopher A. Parlo
                                           Attorneys for Defendant
10                                         METROPOLITAN LIFE INSURANCE
                                           COMPANY
11

12 Dated:  December **29**, 2006             EDGAR LAW FIRM

13                                         By: _____

14                                         Donald S. Edgar
                                           Jeremy R. Fietz
15                                         Attorneys for Plaintiffs

16

17  IT IS ORDERED THAT THE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY

18  ADJUDICATION, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFFS'

19  MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' MOTION TO STRIKE

20  DEFENDANT'S COUNTERCLAIMS BE CONTINUED TO 02/05/07 at 10:00 AM .

21          January 4, 2007

22  Dated:  ~~December~~ , ~~2006~~

23                                         Hon. Thelton E. Henderson

24

25                     IT IS SO ORDERED

26                     Judge Thelton E. Henderson

27

28

1-SF/7451630.1                        3                  Case No. 05 CV 2980 (TEH)