REBECCA D. EISEN, SBN 96129
THERESA MAK, SBN 211435
M. MICHAEL COLE, SBN 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

CHRISTOPHER A. PARLO, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: 212.309.6000
Facsimile: 212.309.6273

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JON PAUL SIMS, MICHAEL B. BAGLEY, and JEFFERY A. PFEIFFER, each individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND DOES 1 THROUGH 100, inclusive,<br><br>Defendant. | Case No. 05 CV 2980 (TEH)<br><br>STIPULATION TO CONTINUE HEARING; [~~PROPOSED~~] ORDER<br><br>The Honorable Thelton E. Henderson |

WHEREAS, there are four motions currently pending before the Honorable Thelton E. Henderson, to wit: Plaintiffs' Motion for Summary Adjudication, Defendant's Motion for Summary Judgment, Plaintiffs' Motion for Class Certification, and Plaintiffs' Motion to Strike Defendant's Counterclaims (the "Motions"); and

WHEREAS, all four of the above described Motions are set for oral argument on February 5, 2007 in the above-entitled Court; and

| | |
|---|---|
| 1 | WHEREAS, the parties mediated this matter for an entire day on December 8, 2006, |
| 2 | before Michael Dickstein; and |
| 3 | WHEREAS, the parties have continued settlement discussions through Mr. Dickstein |
| 4 | following the December 8, 2006, mediation; and |
| 5 | WHEREAS, the parties have agreed to further mediate this case before Michael Dickstein |
| 6 | on February 9, 2007; and |
| 7 | WHEREAS, the parties believe that a further continuance of the hearing on the above |
| 8 | described Motions would best preserve the status quo and allow them to continue to focus their |
| 9 | efforts on the upcoming mediation and settling this case; |
| 10 | /// |
| 11 | /// |
| 12 | /// |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1-SF/7486198.1                              2                         Case No. 05 CV 2980 (TEH)
STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties that the hearing on Plaintiffs' Motion for Summary Adjudication, Defendant's Motion for Summary Judgment, Plaintiffs' Motion for Class Certification, and Plaintiffs' Motion to Strike Counterclaims shall be continued for at least thirty (30) days to a date most convenient for the Court thereafter.

Dated: January 30, 2007            MORGAN, LEWIS & BOCKIUS LLP

                                   By: _____
                                   Christopher A. Parlo
                                   Attorneys for Defendant
                                   METROPOLITAN LIFE INSURANCE
                                   COMPANY

Dated: January 30, 2007            THE EDGAR LAW FIRM

                                   By: _____
                                   Donald S. Edgar
                                   Jeremy R. Fietz
                                   Attorneys for Plaintiffs

IT IS ORDERED THAT THE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S COUNTERCLAIMS BE CONTINUED TO 03/19/07 @ 10:00 AM.

Dated: January 30, 2007            _____
                                   Hon. Thelton E. Henderson

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

1-SF/7486198.1                           3                          Case No. 05 CV 2980 (TEH)
STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING