IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL SIMS, et al., | No. C 05-02980 TEH |
| Plaintiffs, | |
| v. | **ORDER CONTINUING HEARING** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

In order to accommodate this Court's calendar, and good cause appearing, it is HEREBY ORDERED that all of the parties' motions noticed for March 19, 2007 shall be continued until March 26, 2007 at 10:00 a.m.

Counsel are also notified that the argument on March 26, 2007 shall be limited to the Plaintiffs' and Defendant's Motions for Summary Judgment or Adjudication.

**IT IS SO ORDERED.**

Dated: 3/14/07

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE